From:
Rajiv Dama
93 Olympic Cir
Chanhassen, MN 55317

November 5th, 2012

To:
Honorable Judge E. Richard Webber
C/o Thomas F. Eagleton
U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

Respected Sir:

### RE: **AURORA ORGANIC DAIRY LITIGATION SETTLEMENT –*OBJECTION***

I am given to understand that you will be holding a fairness hearing in the above stated matter on February 26th, 2013 at 9:00 AM.

I object to the terms of the settlement as they are extremely biased  towards the attorneys and unfair to a significant majority of the impacted consumers.

The reasons for my objection are fairly trivial and common-sense. I cannot think of any consumer who saves their receipts for dairy product purchases. I have purchased the products listed in this class action suit on a weekly basis – milk and butter (Wild Oats brand, Kirkland brand, Archer Farms brand). I do not save the receipts for any of these purchases, let alone for all purchases of these products prior to September 14th, 2012.  In most cases, I get rid of the receipt within an hour of purchase. I can assure if you that a majority of customers fall in this category (if not all). As you might be aware consumers who purchase organic milk/butter do so each week and are extremely loyal to this class of product.  So I believe that a majority of the consumers who are supposed to benefit from this class action suit will not be able to receive more that the minimum $10 re-imbursement despite being eligible for much more reimbursement as they will not be able to produce receipts.

The requirement to submit receipts from consumers  essentially defeats the purpose and the consumers will not be able to get the relief due to them.  This settlement is designed to ensure that the attorney's get a maximum benefit in terms of their fee and a significant majority will not get the relief due to them.

Given that a majority of consumers will not see the relief that is due to them, I respectfully submit and urge you to declare this settlement unfair.

Sincerely,

Rajiv Dama