RECEIVED

JAN 2 2 2013

BY MAIL

William A. Kopper
7050 Cloister Road
Toledo, Ohio 43617



January 18, 2013

Aurora Organic Dairy Litigation Settlement
c/o Gilardi & Company LLC
PO Box 808003
Petaluma, CA
94975-8003

In re:   Aurora Dairy Settlement Claim

Gentlemen:

Having been notified of my eligibility to participate in the settlement process regarding the above reference matter, I now find it necessary to write directly to you to (1) **request that a settlement claim be mailed to me immediately at the above address, and (2) to complain about the difficulties I had when trying to complete the registration process electronically**.

On two occasions, I tried to register my intent to participate on-line. After correctly filling out the claim form on the website provided, I clicked on the "submit" button. At that point, nothing happened.

Today, when I tried twice to register by telephone, I was unable to understand the electronic voice that was speaking back to me and repeating my correct mailing address. I could understand the word, "Cloister." All that followed was mere garbled noise.

I am writing to request that a claim form be immediately mailed to me in time to meet the submission deadline.

To an untrained eye, it would appear that the electronic filing alternatives you have offered have been designed to FRUSTRATE AND PREVENT LEGAL CLAIMANTS FROM MEETING THEIR FILING REQUIRMENTS.

Any failure on your part that results in my not being able to receive my settlement amount, will BE REPORTED TO THE COURT HAVING JURISDICTION IN THIS MATTER.

In closing, the settlement process in this case is both unfair and unreasonable. As one who purchased milk from Costco and Wal-Mart during the period covered by the suit I am now



William A. Kopper
7050 Cloister Road
Toledo, Ohio 43617

In re Aurora Dairy Settlement
U S District Court
Eastern District of Missouri
111 S. 10th Street
St. Louis, Missouri 63102

RECEIVED
JAN 22 2013
BY MAIL