IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation | Civil Action No.: 4:08-md-01907-ERW |

This Filing Relates To: All Actions

### NOTICE OF APPEAL BY JEFFREY WEINSTEIN AND BURKE FORT

Notice is hereby given that Jeffrey Weinstein and Burke Fort hereby appeal to the United States Court of Appeals for the Eighth Circuit from (1) the "FINAL ORDER AND JUDGMENT" (Doc. 356), dated February 26, 2013, (2) the "ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES, AND SERVICE A WARDS TO CLASS REPRESENTATIVES" (Doc. 355), dated February 26, 2013,  and (3) any subsequent orders regarding the approval of the class action settlement and/or award of attorneys' fees to class counsel.

Respectfully submitted,

/s/ Jeffrey Weinstein
Jeffrey Weinstein
518 East Tyler Street
Athens, TX   75751
903/677-5333
903/677-3657 – facsimile
/s/ Burke Fort
Burke O'Hara Fort
3206 Gilbert Street
Austin, Texas 78703
512/479-6159

### Certificate of Service

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by electric mail by the Clerk of the Court via the CM/ECF system on March 26, 2013.

/s/ Jeffrey Weinstein
Jeffrey Weinstein