## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In Re: Aurora Dairy Corp. Organic Milk Marketing and Sale Practices Litigation | ) ) ) ) ) | Civil Action No. 4:08-md-01907-ERW

Judge E. Richard Webber |
| This Filing Relates to: All Actions | ) |

### NOTICE OF APPEAL BY NANCY BROWN, JOHN HIGHTOWER, ALISON PAUL AND CERY PERLE

Notice is hereby given that Nancy Brown, John Hightower, Alison Paul and Cery Perle hereby appeal to the United States Court of Appeals for the Eighth Circuit from the (1) Order Granting Plaintiffs' Motion for Attorneys' Fees and Expenses, and Service Awards to Class Representatives [Dkt. No. 355), and (2) Final Order and Judgment [Dkt. No. 356], both dated February 26, 2013, (3) and any subsequent orders regarding the approval of the class action settlement and/or award of attorneys' fees to class counsel.

Respectfully submitted,

LAW OFFICES OF DARRELL PALMER PC

Dated: March 28, 2013

By: /s/ Joseph Darrell Palmer _____
    Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Phone: 858-792-5600
Fax: 866-583-8115
Email: Darrell.palmer@palmerlegalteam.com

Attorney for Objectors Nancy Brown,
John Hightower, Alison Paul and Cery Perle

1

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 28, 2013, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Eastern District of Missouri by using the USDC CM/ECF system.

       I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

       I further certify that all non-ECF participants will be served by U.S. Mail, postage prepaid.

          /s/ Joseph Darrell Palmer
         Joseph Darrell Palmer
         Attorney for Objectors