IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation | Civil Action No. 4:08-md-1907-ERW<br><br>ALL CASES |

### DECLARATION OF DANIEL J. KUROWSKI REGARDING MOTION AND MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR APPEAL BOND

1. I am an associate attorney with Hagens Berman Sobol Shapiro LLP and if called to testify would testify truthfully to the following.

2. Attached as Exhibit 1 is a chart identifying Jeffrey Weinstein objections dismissed, abandoned or withdrawn

3. Attached as Exhibit 2 is a chart identifying Darrell Joseph Palmer objections dismissed, abandoned or withdrawn.

4. Attached as Exhibit 3 is a true and correct copy of the document titled INDIRECT-PURCHASER PLAINTIFFS' NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES FOR AN ORDER TO SHOW CAUSE RE CIVIL CONTEMPT AND SANCTIONS AGAINST OBJECTORS ALISON PAUL AND LEVETA CHESSER AND THEIR COUNSEL JOSEPH DARRELL PALMER FOR FAILURE TO PAY SANCTIONS, filed in the *In re TFT-LCD (Flat Panel) Antitrust Litigation* (N.D. Cal.).

5. Attached as Exhibit 4 is a true and correct copy of the ORDER GRANTING THE POSTING OF AN APPEAL BOND BY PROFESSIONAL OBJECTOR JOSEPH DARRELL

PALMER TO SECURE PAYMENT OF COSTS ON APPEAL entered in *Ruwe v. Cellco Partnership* (N.D. Cal.)

      6.      Attached as Exhibit 5 is a true and correct copy of the Declaration of Tricia M. Solorzano Regarding Administrative Expenses During Pendency of Appeal.

I declare the foregoing is true and correct.

Dated:  April 18, 2013                                                /s/ Daniel J. Kurowski____