UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH RUWE and ELIZABETH ORLANDO, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendant. | No. 07-cv-03679 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING THE POSTING OF AN APPEAL BOND BY PROFESSIONAL OBJECTOR JOSEPH DARRELL PALMER TO SECURE PAYMENT OF COSTS ON APPEAL |

010073-11  583142 V1

1    This matter came before the Court ~~for hearing on April 12, 2013~~, pursuant to plaintiffs'
2    Notice of Motion and Motion for Posting of an Appeal Bond by Professional Objector Joseph
3    Darrell Palmer to Secure Payment of Costs on Appeal ("Motion").

4    The Court, having considered all papers filed and proceedings held herein, including the
5    opposition thereto, and good cause appearing, finds a bond is appropriate here because the three
6    factors courts take into account weigh heavily in favor of a bond, namely: (1) the financial ability
7    to post a bond; (2) the risk that appellants would not pay appellee's costs on appeal; and (3) the
8    merits of the appeal..

9    IT IS HEREBY ORDERED that the Motion for posting of an appeal bond by Joseph
10   Darrell Palmer, on behalf of appellants James J. Poindexter, Cery Perle and Jeffrey Palmer, in the
11   amount of $25,000 is GRANTED

13   DATED: March 25, 2013

     *[signature: Jeffrey S White]*
     THE HONORABLE JEFFREY S. WHITE
     UNITED STATES DISTRICT COURT JUDGE

17   Submitted by:

     Dated: January 31, 2013

18   HAGENS BERMAN SOBOL SHAPIRO LLP

20   By    /s/ Jeff D. Friedman
            JEFF D. FRIEDMAN

22   Shana E. Scarlett (217895)
     HAGENS BERMAN SOBOL SHAPIRO LLP
     715 Hearst Avenue, Suite 202
23   Berkeley, California 94710
     Telephone: (510) 725-3000
24   Facsimile: (510) 725-3001
     jefff@hbsslaw.com
25   shanas@hbsslaw.com