# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  13-1726

_____

In re: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation

Debtor

------------------------------

Maya Fiallos, individually and on behalf of all others similarly situated; Kristine Mothershead, individually and on behalf of all others similarly situated; Leonie Lloyd, individually and on behalf of all others similarly situated; Rebecca Freyre, on behalf of herself and all others similarly situated; Fernanado Freyre, on behalf of himself and all others similarly situated; Mona Still; Helen Phillips; Eve Hana; Jeanmarie Zirger; Kim King; Oksana Jensen; Gabriela Waschewsky; Debbie Millikan; Joan Scheutz; Sandie Regan; Steve Shriver; Mary Elbertai; Eileen Ptak; Cynthia Roche-Cotter; Kristen Finnegan; Amy Forsman; Joy Beckner; Naomi Mardock; Olive Knaus; Liana Hoodes; Donita Robinson; Ilene Rachford; Lisa Hopkins; Caryn Poirier; Erin Diserens; Tammy Coselli; Debra Haines; Debra Schmidt; Hans Kueck; Laurelanne Davis; Ilsa Lee Kaye, individually and on behalf of all others similarly situated; Patrick Hudspeth, individually and on behalf of a class of all others similarly situated; Caryn Hudspeth, individually and on behalf of a class of all others similarly situated; Paul Bowen, individually and on behalf of all others similarly situated; Elizabeth Cockrell, individually and on behalf of all others similarly situated; Jim Snell; Steven J. Clark; John Barrera; Joseph Villari; Elida Gollomp; Claire M. Theodore; Elizabeth Banse, on behalf of themselves and all others similarly situated; Vicki M. Tysseling-Mattiace, individually and on behalf of a class of all others similarly situated; Margot A. West, individually and on behalf of a class of all others similarly situated; Richard E. Ehly; Channing Hesse, individually and on behalf of a class of all others similarly situated; Hillary White, individually and on behalf of all others similarly situated; Lynn Michalson, individually and on behalf of all others similarly situated; Fayetta Cowan; Brenda Gallardo; Nicolle DiSimone, individually and on behalf of those similarly situated; Robert Edward Koch; Diane Benya; Sherry Brice Leigh; Scott Ross; April D. Subashe; Rachel VerNooy; Lisa Meacham; Levitte Cruz; Odelia Weiss; Brenda Gallardo; Shawn Riley, individually and on behalf of all others similarly situated; Theodora King, individually and on behalf of all others similarly situated

Plaintiffs - Appellees

v.

Noelle Fincham; Aurora Dairy Corporation, doing business as Aurora Organic Dairy; Target Corporation; Wal-Mart Stores, In.; Wild Oats Market, Inc.; Costco Wholse Corporation; Safeway, Inc.; Case Vander Eyke, Jr., doing business as Case Vander Eyk, Jr. Dairy; QAI, Inc., doing business as Quality Assurance International, Inc.; Publix Super Markets, Inc.; Whole Foods Market Group, Inc.

Defendants - Appellees

Jeffrey L. Weinstein

Objector - Appellant

Sandra Yuen; Nancy Brown; Alison Paul; John Hightower; Cery Perle

Objectors

Burke Fort

Objector - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:08-md-01907-ERW)

_____

**JUDGMENT**

Appellants' notice and motion to dismiss this appeal is granted. The appeal is hereby

dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

April 26, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans

# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 26, 2013

Mr. Jeffrey L. Weinstein
WEINSTEIN LAW
518 E. Tyler Street
Athens, TX  75751

     RE:  13-1726  Maya Fiallos, et al v. Jeffrey Weinstein, et al

Dear Counsel:

     Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

     Michael E. Gans
     Clerk of Court

LMT

Enclosure(s)

cc:    Mr. Marc Andre Al
       Mr. Eric J. Artrip
       Ms. Mila F. Bartos
       Mr. Eric Arnold Bartsch
       Mr. Joseph Henry Bates III
       Ms. Nicole C. Behnen
       Mr. Steve Berman
       Mr. Timothy Carl Blake
       Mr. Garrett D Blanchfield Jr.
       Mr. Robert M. Bramson
       Mr. William Tucker Brown
       Mr. David Buckner
       Mr. John E Campbell
       Ms. Katherine A. Campbell
       Mr. Kenneth S. Canfield
       Mr. Robert B. Carey
       Mr. Anthony L. DeWitt
       Ms. Alice H. Dickherber
       Mr. Don Manley Downing
       Ms. Mary Elbertai
       Mr. John Givens Emerson Jr.

Mr. Craig M. Essenmacher
Mr. Keith Essenmacher
Ms. Nadeem Faruqi
Ms. Elizabeth Anne Fegan
Ms. Martha J. Fessenden
Ms. Noelle Fincham
Mr. Burke Fort
Mr. Frederick S. Fox
Mr. Curtis F. Gantz
Ms. Gretchen Garrison
Ms. Debra Haines
Mr. Timothy B. Hardwicke
Mr. Maury A. Herman
Ms. Andrea S. Hirsch
Ms. Oksana Jensen
Ms. Kimberly J. Johnson
Ms. Edith M. Kallas
Mr. Jon P. Kardassakis
Mr. Jamie R. Kendall
Mr. Laurence D. King
Mr. Gideon Kracov
Ms. Jody Krisiloff
Mr. Daniel John Kurowski
Ms. Kathleen P. Lally
Mr. Bryan D. LeMoine
Mr. Joey Paul Leniski Jr.
Mr. Seth Richard Lesser
Mr. Irwin Levin
Mr. Adam J. Levitt
Mr. Christopher Lovell
Mr. Patrick Michael McCarthy
Mr. David A. McKay
Ms. Rebekah Keith McKinney
Mr. Andrew J. Mellen
Mr. Mark S. Mester
Mr. Robert Wade Mills Jr.
Mr. Christopher A. Moeller
Mr. Thomas K. Neill
Mr. Gregory A. Nylen
Mr. Scott E. Poynter
Mr. Christopher P. Ridout
Mr. William N. Riley
Mr. Edward D Robertson Jr.
Mr. Thomas A. Tucker Ronzetti
Mr. David A. Rosen
Mr. Lee F. Sachnoff
Ms. Shana E. Scarlett
Mr. Patrick J. Sheehan
Mr. Richard E. Shevitz
Mr. Kip B. Shuman
Mr. Steven J. Simerlein
Mr. James Gerard Stranch IV

Mr. James Albert Streett
Mr. Herman A. Watson Jr.
Mr. Joe R. Whatley Jr.
Mr. Joseph N. Williams
Ms. Mary D. Winter
Mr. James G. Woodward

District Court/Agency Case Number(s):   4:08-md-01907-ERW