# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1726

In re: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation

Debtor

------------------------------

Maya Fiallos, individually and on behalf of all others similarly situated, et al.

Appellees

v.

Noelle Fincham, et al.

Appellees

Jeffrey L. Weinstein

Appellant

Sandra Yuen, et al.

Burke Fort

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:08-md-01907-ERW)

_____

**MANDATE**

In accordance with the judgment of 04/26/2013, and pursuant to the provisions of Federal

Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled

matter.

April 26, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit