IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation | Civil Action No. 4:08-md-1907-ERW<br><br>ALL CASES |

## PLAINTIFFS' MOTION AND MEMORANDUM IN SUPPORT TO POSTPONE HEARING ON PLAINTIFFS' MOTION FOR APPEAL BOND

Plaintiffs, by and through their attorneys, and as their Motion and Memorandum in Support to Postpone Hearing on Plaintiffs' Motion for Appeal Bond, state the following:

1. On April 18, 2013, Plaintiffs filed their Motion and Memorandum of Law in Support of Plaintiffs' Motion for Appeal Bond. *See* Dkt. # 369. With their filing, Plaintiffs demonstrated why the entry of an appeal bond is necessary and appropriate given that this case satisfies each of the factors considered by courts in the Eighth Circuit when entering appeal bonds.

2. After completion of briefing, the Court set an in-court hearing on Plaintiffs' Motion for Appeal Bond for Monday, June 17, 2013 at 2:00 p.m. *See* Dkt. # 384.

3. Under the appeal schedule set by the Eighth Circuit, the Objectors were due to file their opening Appellant's Brief with the Eighth Circuit on May 24, 2013. *See* Dkt. # 368. *See also* Dkt. # 385.

4. However, the Objectors failed to file their Appellant's Brief. *See* Dkt. # 385. As a result, on June 3, 2013, the Eighth Circuit issued an order to show cause why the Objectors' appeal should not be dismissed for failure to prosecute. *Id.* Under the Eighth Circuit's directive, the Objectors must show cause within fourteen (14) days of the date of that order. *Id.*

1

5.     If the Appellants fail to show cause by June 17, 2013 why their appeal should be dismissed, there will be no need for an appeal bond or a hearing on Plaintiffs' Motion for Appeal Bond.

6.     To date, Objectors have filed no response to the Eighth Circuit's show cause order nor have they attempted to file their Appellant's Brief.

Accordingly, for the reasons provided above, in the interest of judicial economy, and for good cause shown, Plaintiffs respectfully request that the hearing set for Monday, June 17, 2013 be taken off the docket, and postponed after the Eighth Circuit's determination of whether the appeal should be permitted to go forward.

Dated: June 12, 2013                              Respectfully submitted,


                                                  /s/ Don M. Downing
                                                  Don M. Downing
                                                  Gretchen Garrison
                                                  Thomas Neill
                                                  GRAY, RITTER & GRAHAM, P.C.
                                                  701 Market Street, Suite 800
                                                  St. Louis, MO 63101-1826
                                                  Telephone:  (314) 241-5620
                                                  Facsimile:  (314) 241-4140

                                                  Elizabeth A. Fegan
                                                  Daniel J. Kurowski
                                                  HAGENS BERMAN SOBOL SHAPIRO LLP
                                                  1144 W. Lake Street, Suite 400
                                                  Oak Park, IL 60301
                                                  Telephone:  (708) 628-4949
                                                  Fax: (708) 628-4950
                                                  E-mail: beth@hbsslaw.com
                                                  E-mail: dank@hbsslaw.com

                                                  *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 12, 2013, a true and correct copy of the foregoing, together with all exhibits, was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

/s/ Don M. Downing