# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1745

In re: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation

Debtor

------------------------------

Maya Fiallos, individually and on behalf of all others similarly situated, et al.

Appellees

v.

Aurora Dairy Corporation, doing business as Aurora Organic Dairy, et al.

Appellees

Jeffrey L. Weinstein and Sandra Yuen

Nancy Brown, et al.

Appellants

Burke Fort

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:08-md-01907-ERW)
_____

**MANDATE**

In accordance with the judgment of 07/11/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 11, 2013


Clerk, U.S. Court of Appeals, Eighth Circuit